FILED
August 3, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____RG_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>MARLON LARON SIMIEN<br><br>Defendant | Case No: SA:22-CR-00379-JKP<br><br>**INDICTMENT**<br><br>**COUNT 1: 18 U.S.C. § 922(o)**<br>**Illegal Possession of a Machinegun**<br><br>**COUNT 2: 18 U.S.C. § 922(n)**<br>**Receipt of a Firearm by a Person Under Indictment** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 922(o)]

That on or about July 1, 2022, in the Western District of Texas, Defendant,

**MARLON LARON SIMIEN,**

knowingly possessed at least one machinegun, that is, a Glock, model 19, 9mm caliber pistol, serial number BVTV656, and a Palmetto State Armory, model PA-15, multi-caliber pistol, serial number SCG450657, each equipped with a conversion device that made it capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

<u>COUNT TWO</u>
[18 U.S.C. § 922(n)]

That on or about July 1, 2022, in the Western District of Texas, Defendant,

**MARLON LARON SIMIEN,**

knowing he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, to wit: a Glock, model 19, 9mm caliber pistol,

serial number BVTV656, and a Palmetto State Armory, model PA-15, multi-caliber pistol, serial number SCG450657, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(n).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]
### Firearms Violation and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(o), (n), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to the Defendant **MARLON LARON SIMIEN** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (o) . . .(n)…of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties described below:

1. Glock, model 19, 9mm caliber pistol, SN: BVTV656, w/ Glock Switch;
2. Palmetto State Armory, model PA-15, multi-caliber pistol, SN: SCG450657, w/ swift-link;
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses, including but not limited to magazines,

backplates/gun parts, and modification kits/tools.

A TRUE BILL

███████████████████████████████
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR BRIAN NOWINSKI
Assistant United States Attorney