UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-22-CR-379 JKP |
| MARLON LARON SIMIEN | § § | |

**NOTICE OF APPEAL**

Defendant Marlon Laron Simien gives notice that he appeals to the Fifth Circuit Court of Appeals the sentence and conviction imposed by the district court on November 29, 2023. Judgment has not been entered.

DATED this 30th day of November 2023.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
Tel: (210) 472–6700
Fax: (210) 472-4454
State Bar Number: 24040140
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-22-CR-379 JKP |
| MARLON LARON SIMIEN | § § | |

## DESIGNATION OF RECORD

Marlon Laron Simien designates as the record on appeal a certified copy of the docket entries prepared by the District Clerk, and all of the original documents and instruments filed with the District Clerk, including but not limited to: all exhibits entered into evidence by either the government or Marlon Laron Simien and a complete transcript of all court proceedings.

DATED this 30th day of November 2023.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
Tel: (210) 472–6700
Fax: (210) 472-4454
State Bar Number: 24040140

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

On the 30th day of November 2023, I filed with the Clerk of the Court using the CM/ECF system who will serve the foregoing Notice of Appeal and Designation of Record on the following:

Jaime Esparza, United States Attorney
Joe Gay, Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ MOLLY LIZBETH ROTH
*Attorney for Defendant*